No. 177, Misc. MORRIS *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 181, Misc. TITUS *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 185, Misc. CHARLES *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 189, Misc. TISCIO *v.* TEES, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 192, Misc. LANE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 199, Misc. HOUSTON *v.* HEINZE, WARDEN. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 200, Misc. BURKHOLDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 209, Misc. DEPOMPEIS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 131. COLLINS *v.* CALIFORNIA, *ante,* p. 803. Second petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.